**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge LOPEZ–ARMENTA, aka Chato,**
**Defendant–Appellant.**

**No. 04–10618.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Filed June 16, 2006.

Andrew Pacheco, United States Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Herman Alcanter, Jr., Esq., Law Office of Herman Alcanter, Phoenix, AZ, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, KLEINFELD and BERZON, Circuit Judges.

MEMORANDUM **

Jorge Lopez–Armenta appeals from his 121–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute more than 500 grams of a mixture of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(A)(viii).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.